JS-6

1  John P. Kristensen (SBN 224132)
2  **KRISTENSEN LAW GROUP**
3  120 Santa Barbara St., Suite C9
   Santa Barbara, California 93101
4  Telephone: (805) 837-2000
5  *john@kristensen.law*

6            THE UNITED STATES DISTRICT COURT
7  **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

8  CAMILLA RAMOS, individually    ) Case No. 2:24-cv-7600-PA-JPR
9  and on behalf of all others similarly )
   situated,                       )
10                                  ) **JUDGMENT IN FAVOR OF**
                                    ) **PLAINTIFF CAMILA RAMOS,**
11              Plaintiffs,         ) **AGAINST DEFENDANTS'**
                                    ) **PRISMA ENTERTAINMENT, LLC,**
12         vs.                      ) **DBA PLAN B GENTLEMEN'S**
                                    ) **CLUB; AND FRANK GRUNDEL**
13  PRISMA ENTERTAINMENT,           )
    LLC, dba PLAN B                 )
14  GENTLEMEN'S CLUB, a             )
    California corporation; FRANK   )
15  GRUNDEL, an individual; DOE     )
    MANAGERS 1- 3; and DOES 4-10,   )
16  inclusive,                      )
17                                  )
                                    )
18              Defendants.         )
19                                  )
20                                  )
21                                  )
22                                  )
23                                  )
24                                  )
25                                  )
26                                  )
27                                  )
28  _____)

1        On May 22, 2025, defendants Prisma Entertainment, LLC. dba Plan B

2    Gentlemen's Club's ("Defendant" or "Plan B") and Frank Grundel's

3    ("Defendant" or "Grundel") (collectively, "Defendants") served plaintiff Camilla

4    Ramos ("Plaintiff" or "Ramos") with a Fed. R. Civ. P. 68 Offer of Judgment in

5    this action in the amount of EIGHTY-TWO THOUSAND FIVE HUNDRED U.S.

6    DOLLARS ($82,500.00), **inclusive** of reasonable attorneys' fees and costs. On

7    May 22, 2025, Plaintiff accepted the offer. *See* Dkt. 22.

8        In accordance with the Offer of Judgment and Notice of Acceptance,

9    Plaintiff shall have and recover from Defendants, jointly and severally, the total

10    sum of EIGHTY-TWO THOUSAND FIVE HUNDRED U.S. DOLLARS

11    ($82,500.00), **inclusive** of reasonable attorneys' fees and costs.

12        Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered

13    for Plaintiff and against Defendants for the total sum of EIGHTY-TWO

14    THOUSAND FIVE HUNDRED U.S. DOLLARS ($82,500.00), **inclusive** of

15    reasonable attorneys' fees and costs.

16

17        **IT IS SO ORDERED.**

18

19     Dated: May 30, 2025    _____

20              ~. Percy Anderson
          United States District Judge

21

22

23

24

25

26

27

28